# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINH TRAN STEPHENS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-CV-553-GKF-SH |
| APRIL SEIBERT, GIL PILKINGTON, JR., and ADAM SYLVESTER STEPHENS, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Pursuant to the court's April 8, 2024, June 13, 2024, and December 3, 2024 orders terminating defendants Gil Pilkington, Jr., April Seibert, and Adam Sylvester Stephens, respectively, as parties to this action, it is herby ordered that plaintiff Linh Tran Stephens recover nothing, and that the action be dismissed on the merits.

ENTERED in Tulsa, Oklahoma this 3rd day of December, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE